AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

**FILED**
JUL 2 9 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 4:13MJ 3168 FRB |
| | ) | |
| JOHN ANTHONY FERNANDEZ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 25, 2013___ in the city of ___St. Louis___ in the ___Eastern___ District of ___Missouri___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) (Count I) | Count I: knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance. The quantity of the mixture or substance involved in the offense was fifty (50) grams or more, in violation of Title 21, United States Code, Section (841(a)(1). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*
WALTER L. HOLMAN, TFO, DEA

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/29/2013

*Judge's signature*

City and state: St. Louis, Missouri    Honorable Frederick R. Buckles, U.S. Magistrate Judge

*Printed name and title*